**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

In the Matter of:

| | |
|---|---|
| RODERICK L. GRAVES<br>SSN:   ###-##-0237<br><br>            Debtor | Chapter 13<br><br>Case No. 09-19023-BFK |

### ORDER OF DISMISSAL

This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to 11 U.S.C. 1307.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $_____ to the Clerk of Court within ten (10) days of the date of this order; and it is further

ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C.  330(a)(1)(B), and it is further

ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

_____

                                               _____
                                               Robert G. Mayer
                                               U. S. Bankruptcy Judge

I Ask For This:

/s/ Thomas P. Gorman
_____
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Local Rule 9022-1(C) Certification

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman _____

Thomas P. Gorman, Chapter 13 Trustee

Order of Dismissal, page 2
Roderick L. Graves
Case #09-19023-BFK

**PARTIES TO RECEIVE COPIES**

Roderick L. Graves
Chapter 13 Debtor
11310 Cherry Hill Rd
Culpeper, VA  22701


John C. Morgan, Jr., Esquire
Attorney for Debtor
John Carter Morgan, Jr., Pllc
98 Alexandria Pike, Ste. 10
Warrenton, VA  20186


Raytheon
ATTN: Payroll Office
PO Box 7000
Greenville, TX 75403-7000


Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314